# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 1:21-cv-00118-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATEMENT INDICATING WHETHER THEY INTEND TO OPPOSE MOTION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 14)<br><br>FIVE DAY DEADLINE |

A scheduling order issued in this action on April 29, 2022, setting among other deadlines, a nonexpert discovery deadline of December 13, 2021, a dispositive motion filing deadline of April 8, 2022, and an expert discovery deadline of May 13, 2022. (ECF No. 10.) On May 10, 2022, Defendant filed a motion to amend the scheduling order, reopening nonexpert discovery and extending all deadlines except for the expert disclosure deadline. (ECF No. 14.) Defendant primarily proffers the need to amend the scheduling order is due to "no fault of the Parties, compliance with discovery deadlines has become impossible because of the unavailability of or conflicting schedules of attorneys, deposition witnesses and of the Parties' engineers and expert witnesses responsible for preparing reports and inspecting the vehicle at issue," in addition to being "interrupted and delayed due to two deaths in the family of defense counsel in the last half of 2021." (Id. at 3.)

Defendant submits the motion on the proffer that both Plaintiff and Defendant agree that

1  the scheduling order should be modified, and that Defendant has been diligent in trying to obtain
2  Plaintiff's approval of a joint stipulation to modify the scheduling order.  (Id. at 2.)  Defendant
3  proffers it has been diligent in communicating at least weekly since February of 2022, with
4  Plaintiff's counsel regarding scheduling depositions and amending the scheduling order.  (Id. at
5  7.)  However, despite this apparent agreement, Defendant states it has been unable to complete
6  the stipulation and thus Defendant filed the instant motion.  (Id. at 2.)

7       In the interest of expediency, the Court shall order Plaintiff to file a statement indicating
8  whether they oppose Defendant's motion within five days.  If Plaintiff intends to oppose the
9  motion, they may so indicate and file an opposition within fourteen (14) days after the filing of
10 the motion, pursuant to Local Rule 230(c).

11      Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a statement indicating
12 whether they intend to oppose Plaintiff's motion to amend the scheduling order, within **five (5)**
13 days of entry of this order.

IT IS SO ORDERED.

Dated:   **May 11, 2022**

UNITED STATES MAGISTRATE JUDGE