# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 1:21-cv-00118-JLT-SAB<br><br>ORDER VACATING JUNE 15, 2022 HEARING, AND GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF Nos. 10, 14, 16, 18, 19) |

A scheduling order issued in this action on April 29, 2022, setting among other deadlines, a nonexpert discovery deadline of December 13, 2021, a dispositive motion filing deadline of April 8, 2022, and an expert discovery deadline of May 13, 2022.  (ECF No. 10.)  On May 10, 2022, Defendant filed a motion to amend the scheduling order, reopening nonexpert discovery and extending all deadlines except for the expert disclosure deadline.  (ECF No. 14.)  Defendant submitted the motion on the proffer that the parties agree the scheduling order should be modified, and that Defendant had been diligent in trying to obtain Plaintiff's approval of a joint stipulation to modify the scheduling order.  Therefore, the Court ordered Plaintiff to submit a statement indicating whether they would opposed the modification of the scheduling order.  (ECF No. 15.)  On May 18, 2022, Plaintiff filed a statement of non-opposition to the motion.  (ECF No. 16.)

As the issued scheduling order notified the parties: "If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are **ordered to notify the court**

1  **immediately** of that fact so that adjustments may be made, either by stipulation or by subsequent
2  status conference." (ECF No. 10 at 6-7 (emphasis added).) Based on the initial review of the
3  moving papers, the Court was unable to conclude there was a sufficient demonstration of good
4  cause or diligence to reopen discovery. Therefore, on May 23, 2022, the Court ordered
5  supplemental briefing in support of the motion. (ECF No. 17.) On May 31, 2022, Defendant
6  filed a supplemental brief, as well as a supplemental declaration from Defendant's counsel.
7  (ECF Nos. 18, 19.) Having considered the moving papers, the statement of non-opposition, and
8  the supplemental briefing, the Court finds this matter suitable for decision without further oral
9  argument. See Local Rule 230(g). Accordingly, the hearing set for June 15, 2022, will be
10 vacated and the parties will not be required to appear at that time.

11       The Court ordered supplemental briefing primarily because of the lack of information
12 pertaining to the significant gap of time between December 13, 2021, and the filing of the
13 motion. Defendant has provided additional explanation concerning the period between
14 December 2021, and the end of January 2022. (ECF No. 19 at 3.) Additionally, included with
15 the supplemental briefing is a detailed spreadsheet outlining the course of communication
16 between the parties during the time period of February 2, 2022, and the filing of the motion to
17 amend. (ECF No. 19 at 6-8.)

18       While the parties are advised to notify the Court of the inability to adhere to a discovery
19 deadline prior to the expiration of such deadline, based on the parties' ongoing discovery efforts
20 and significant meet and confer that occurred, the Court finds the parties were reasonably
21 diligent in balancing the various difficulties in arranging discovery in this matter. The Court
22 finds good cause to grant the motion, particularly given it is unopposed and the parties'
23 agreement to continue the discovery deadlines.

24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, IT IS HEREBY ORDERED that

1. The hearing on Defendant's motion set for June 15, 2022 (ECF No. 14) is VACATED;

2. Defendant's unopposed motion to amend the scheduling order (ECF No. 14) is GRANTED;

3. The scheduling order issued on April 29, 2021 (ECF No. 10) is modified as follows:

   a. Nonexpert Discovery Deadline: July 15, 2022;

   b. Expert Discovery Deadline: July 29, 2022;

   c. Dispositive Motion Filing Deadline: August 4, 2022; and

   d. Pre-trial Conference: October 14, 2022, at 1:30 p.m. in Courtroom 4.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

UNITED STATES MAGISTRATE JUDGE