# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>          Defendant. | Case No.  1:21-cv-00118-JLT-SAB<br><br>ORDER DISREGARDING NOTICE OF SETTLEMENT<br><br>(ECF Nos. 32, 33) |

On May 29, 2024, an order issued granting Defendant Ford Motor Company's motion for summary judgment, judgment was entered in favor of Defendant, and this matter was closed. (ECF No. 30, 31.)  On August 6, 2024, and August 7, 2024, Defendant filed a notice of settlement stating that an offer of judgment pursuant to Federal Rule of Civil Procedure 68 had resolved this matter and that one settlement was completed, and payment was received, the parties will file a joint stipulation of dismissal of the action with prejudice.

While Defendant asserts that this action has settled and a stipulation of dismissal will be filed, judgment has been entered in Defendant's favor and this matter has been closed. Accordingly, the notices of settlement, filed August 6, 2024, and August 7, 2024, are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **August 8, 2024**

UNITED STATES MAGISTRATE JUDGE