# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 1:21-cv-00118-JLT-SAB<br><br>ORDER DISREGARDING STIPULATION OF DISMISSAL<br><br>(ECF No. 35) |

On March 29, 2024, Defendant Ford Motor Company's motion for summary judgment was granted, judgment was entered in favor of Defendant, and this matter was closed. (ECF No. 30, 31.) On August 6, 2024, and August 7, 2024, Defendant filed notices of settlement stating that an offer of judgment pursuant to Federal Rule of Civil Procedure 68 had resolved this matter and that one settlement was completed, and payment was received, the parties will file a joint stipulation of dismissal of the action with prejudice. (ECF Nos. 32, 33.) On August 8, 2024, the Court informed the parties that judgment had already been entered in Defendant's favor and this matter was closed. (ECF No. 34.) Thus, the Court disregarded the notices of settlement. (Id.)

Notwithstanding the Court's clear order, on October 28, 2024, the parties filed a joint stipulation of dismissal with prejudice. (ECF No. 35.) Once more, this case has been closed. Accordingly, the stipulation of dismissal is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 29, 2024**

                                                  UNITED STATES MAGISTRATE JUDGE